CARSON *v.* THE MAYOR AND COUNCIL OF FORSYTH.

*Atkinson, J.*—Under section 4057 of the code, as amended by the act of 1889 (Acts of 1889, p. 84), in order to authorize the issuing of a writ of *certiorari*, it must be "applied for" within thirty days from the date of the judgment complained of; and if this is done, and the sanction obtained, then, under section 2920 of the code, which was not amended by the above recited act, the petition may be filed at any time within three months from the date of the judgment sought to be reversed.

August 5, 1895.                     *Judgment reversed.*

*Certiorari.* Before Judge Hunt. Monroe superior court. August term, 1894.

A case was tried in the mayor's court of Forsyth on May 4, 1894. On Monday, June 4, defendant presented a petition for *certiorari*, which was sanctioned, but the petition was not filed until the next day. A motion to dismiss the writ, because the petition had not been filed within the time required by law, was sustained.

*J. P. Carson* and *Stone & Clark*, for plaintiff in error.
*Berner & Bloodworth*, contra.